```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  CLAUDETTE SMITH,                   )   NO. ED CV 08-1890-E
                                       )
12              Plaintiff,             )
                                       )
13       v.                            )   JUDGMENT
                                       )
14  MICHAEL J. ASTRUE, COMMISSIONER    )
    OF SOCIAL SECURITY ADMINISTRATION, )
15                                     )
                Defendant.             )
16  _____)
17
18       IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment
19  is granted and Judgment is entered in favor of Defendant.
20
21           DATED: June 12, 2009.
22
23                              _____/S/_____
                                       CHARLES F. EICK
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28
```